# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| CITIGROUP GLOBAL MARKETS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 07-0128-CV-W-DW |
| | ) |
| ROBERT KORT, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Before the Court is the parties' Stipulation for Dismissal (Doc. 11). Pursuant to Federal Rule of Civil Procedure 41(a), the Court DISMISSES the above-styled action *with prejudice*. The fees and costs associated with this action shall be borne by the parties individually.

The Clerk of the Court is directed to mark this action as closed and terminate all pending motions.


Date: March 7, 2007              /s/ DEAN WHIPPLE
                                 Dean Whipple
                                 United States District Court